# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV299-H

| | |
|---|---|
| **MORRIS COSTUMES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| **NEW LINE PRODUCTIONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on "Motion For Admission Of Ronald A. Giller And Tom J. Ferber Pro Hac Vice" (document #17) filed October 12, 2005. For the reasons stated, the Motion is hereby **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

**Signed: October 14, 2005**

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge